Jesse Ortiz (SBN 176450)
**Ortiz Law Group P.C.**
681 W. Capitol Ave., Suite 201
West Sacramento, CA 95605
Phone: (916) 443-9500
Fax:     (916) 443-9501
Jesse@jesseortizlaw.com


Attorney for Defendant
MARCUS EFFENDI TASLIM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-0283 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| MARCUS EFFENDI TASLIM,, | |
| Defendant. | |

    **IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Elliot Wong, Assistant United States Attorney, Defendant MARCUS EFFENDI TASLIM, and his attorney of record, Jesse Ortiz, and Supervisory U.S. Pretrial Services Officer Tai Gaskins, that the following condition be added to Defendant MARCUS EFFENDI TASLIM'S conditions of release:

> **You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case.**

    **SO STIPULATED.**

Dated: October 23, 2024                        ___/s/ Jesse Ortiz_____
                                                          Jesse Ortiz
                                                          **Ortiz Law Group P.C.**
                                                          Attorney for Defendant Marcus Effendi Taslim

1
2  Dated: October 23, 2024                           PHILLIP TALBERT
                                                    United States Attorney
3
4                                                    /s/   Elliot Wong
                                                    Elliot Wong
5                                                   Assistant United States Attorney

6  Dated: October 23, 2024                           /s/   Tai Gaskins
                                                    Tai Gaskins
7                                                   Supervisory U.S. Pretrial Services Officer

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS HEREBY ORDERED** that the following condition shall be added to Defendant Marcus Effendi Taslim's conditions of release:

> **You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case.**

Dated:  October 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE