PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS EFFENDI TASLIM,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-CR-0283-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: Nov. 4, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Marcus Taslim, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on November 4, 2024.

2. By this stipulation, the defendant now moves to continue the hearing until **December 2, 2024 at 10:00 a.m**., and to exclude time between November 4, 2024 and December 2, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On October 18, 2024, the government made available and/or produced initial discovery associated with this case, which includes approximately 700 pages of documents.

    b) Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

    c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from November 4, 2024, through December 2, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

      IT IS SO STIPULATED.

Dated:  October 30, 2024                      PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
                                                 Assistant United States Attorney

                                                 /s/ JESSE ORTIZ
                                                 JESSE ORTIZ
                                                 Counsel for Defendant
                                                 MARCUS EFFENDI TASLIM

**ORDER**

      IT IS SO FOUND AND ORDERED.

Dated:  October 30, 2024                     _[signature]_
                                                 WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE