PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0283-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MARCUS EFFENDI TASLIM, | DATE: Jan. 27, 2025<br>TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Marcus Taslim, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on January 27, 2025.

2. By this stipulation, the defendant now moves to continue the hearing until **February 3, 2025 at 10:00 a.m**., and to exclude time between January 27, 2025 and February 3, 2025, under Local Code T4. The parties further request that the hearing be converted to a **change of plea hearing**.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On October 18, 2024, the government made available and/or produced initial discovery associated with this case, which includes approximately 700 pages of documents.

   b) Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from January 27, 2025, through February 3, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: January 22, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JESSE ORTIZ
JESSE ORTIZ
Counsel for Defendant
MARCUS EFFENDI TASLIM


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE