Jesse Ortiz (SBN 176450)
**Ortiz Law Group P.C.**
681 W. Capitol Ave., Suite 201
West Sacramento, CA 95605
Phone: (916) 443-9500
Fax:    (916) 443-9501
Jesse@jesseortizlaw.com


Attorney for Defendant
MARCUS EFFENDI TASLIM


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  2:23-cr-0283 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| MARCUS EFFENDI TASLIM,, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Elliot Wong, Assistant United States Attorney, Defendant MARCUS EFFENDI TASLIM, and his attorney of record, Jesse Ortiz, that the Judgment and Sentencing Hearing presently set for May 27, 2025 at 10:00 a.m., in Courtroom 5 of the United States District Court, Eastern District, be continued at the request of defendant MARCUS EFFENDI TASLIM, to June 9, 2025 in Courtroom 5, of the United States District Court, Eastern District.

**SO STIPULATED.**

Dated: May 22, 2025                          ___/s/ Jesse Ortiz_____
                                             Jesse Ortiz
                                             **Ortiz Law Group P.C.**
                                             Attorney for Defendant Marcus Effendi Taslim

2 of 2

Dated: May 22, 2025

PHILLIP TALBERT
United States Attorney

__/s/   Elliot Wong___ _____
Elliot Wong
Assistant United States Attorney

# ORDER

**IT IS HEREBY ORDERED** that the Judgment and Sentencing Hearing presently set for May 27, 2025, at 10:00 a.m., in Courtroom 5 of the United States District Court, Eastern District, is continued at the request of defendant MARCUS EFFENDI TASLIM to **June 9, 2025, at 10:00 a.m.**, in Courtroom 5, of the United States District Court, Eastern District.

Dated:  May 22, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE